United States District Court
Eastern District of Michigan
Southern Division

United States of America,

        Plaintiff,

vs.

Kevin Stange,

        Defendant.
_____/

Criminal No. 22-cr-20558

Honorable Judith E. Levy

# PRELIMINARY ORDER OF FORFEITURE

Based upon the Indictment, the defendant Kevin Stange's guilty plea, the Rule 11 Plea Agreement, the Government's Application for Entry of Preliminary Order of Forfeiture, and other information contained in the record, and pursuant to 18 U.S.C. § 2253, and Fed. R. Crim. P. 32.2, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant Fed. R. Crim. P. 32.2, and 18 U.S.C. § 2253, Stange's interest in (1) any matter which contained any such visual depiction, which was produced, transported, mailed, shipped, or received in his offense; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from his offense; and (3) any

property, real or personal, used or intended to be used to commit or to promote the commission of his offense or any property traceable to such property is **FORFEITED**.

2. The following property **IS HEREBY FORFEITED** to the United States under 18 U.S.C. § 2253(a):

- Purple Samsung Galaxy S22 Ultra with Black Case, SN: R5CT22PHY3V

- Black Samsung Galaxy Note 3

- White Samsung SM-T217S

- Black Samsung SM-N910V

- Silver Sony Handycam Camcorder, SN: 360051

- Seagate Hard Drive

- Western Digital Hard Drive 750GB

- Samsung 256GB MicroSD Card with Adapter

- Sandisk 32GB MicroSD Card with Black Adapter and Case

- Sandisk 32GB MicroSD Card with PNY Adapter and Case

- Samsung 256GB MicroSD Card with Sandisk Adapter and Case

- Blue iPod Touch Model A1421

- Western Digital Hard Drive 250GB

- Samsung T5 Hard Drive with Cord, Blue
- Silver Seagate Hard Drive, 1 TB
- Black Asus Q551L
- Black Seagate Hard Drive, 2TB
- Wood Grain Droid Moto
- iPod with Black Survivor Case
- Gray Samsung Galaxy Note 8 with Otterbox Case
- Sandisk 128GB Micro SD Card
- Red/Gray 512GB Micro SD Card
- Sandisk 4GB SD/HC Card in Case
- Gray/Silver 128GB SanDisk USB
- Sandisk 64GB Micro SD Card with Adapter
- 128GB Micro SD Card with Adapter
- Black 64GB PNY Micro SD Card with Adapter
- Black/Gold Memory Cards; Various Capacities
- Sandisk 8GB Micro SD Card with Adapter
- Sandisk 64GB Micro SD Card
- Apple iPad A2014
- Apple iPad A2378

- Buffalo External Hard Drive, Black

- Sandisk SD Card, 1GB, 8GB

- Gray LG G4

- PNY 512GB Micro SD Card with Adapter

- Sandisk Micro SD Cards with Adapters and Case

- Samsung SM-P905V

- CD-ROMS Disks

- Camcorder Tapes

- Assorted CD/DVDs

- Black Kyocera Flip Phone

- Assorted CD/DVDs

- Black Galaxy S20 Ultra with Case

- Camcorder Tapes

- Sandisk Ultra 8GB SD/HC Card

- Sandisk 8GB SD/HC Card

(hereinafter referred to as the "Subject Property"), for disposition according to law, and any right, title or interest of the defendant, and any right, title or interest that her heirs, successors, or assigns have, or may

have, in the Subject Property is **HEREBY AND FOREVER EXTINGUISHED**.

3. The Subject Property has a sufficient nexus to the offense of conviction and is subject to forfeiture to the United States pursuant to 18 U.S.C. § 2253.

4. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order shall become final as to the defendant upon entry and the forfeiture shall be made part of the defendant's sentence and included in his Judgment.

5. The forfeiture provisions of this order are intended to, and will, survive the defendant, notwithstanding the abatement of any underlying criminal conviction after the entry of this Order. The forfeitability of any particular property pursuant to this Order shall be determined as if the defendant had survived, and that determination shall be binding upon the defendant's heirs, successors, and assigns until the agreed forfeiture, is collected in full.

6. Upon entry of this Order, the United States and/or its designee, is authorized, pursuant to Fed. R. Crim. P. 32.2(b)(2) and (3), to conduct any discovery that the Court considers proper to help identify, locate, or dispose of any property seized, and the United States is

authorized to begin proceedings consistent with applicable statutory requirements pertaining to ancillary hearings and the rights of any third parties.

7. Pursuant to 21 U.S.C. § 853(n), Fed. R. Crim. P. 32.2, and other applicable rules, the United States shall publish notice of this Preliminary Order of Forfeiture and of its intent to dispose of the Subject Property, if required, on www.forfeiture.gov, for at least thirty consecutive days. The United States may also, to the extent practicable, provide direct written notice to any person or entity known to have an alleged interest in the Subject Property. The aforementioned notice shall direct that any person, other than the defendant, asserting a legal interest in the Subject Property must file a petition with the Court within thirty (30) days of the final date of publication of notice or within thirty (30) days of receipt of actual notice, whichever is earlier. The petition shall be for a hearing before the Court alone, without a jury and in accordance with 21 U.S.C. § 853(n), to adjudicate the validity of the petitioner's alleged interest in the Subject Property. Any petition filed by a third-party asserting an interest in the Subject Property must be signed by the petitioner under penalty of perjury and must set forth the nature

and extent of the petitioner's alleged right, title or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Subject Property, any additional facts supporting the petitioner's claim, and the relief sought.

8. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on any ancillary petition, the United States may conduct discovery in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues in the ancillary proceeding.

9. If no third-party files a timely petition before the expiration of the period provided at 21 U.S.C. § 853(n)(2), then this Preliminary Order of Forfeiture shall become the Final Order of Forfeiture and the United States shall have clear title to the Subject Property as provided at 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2); further, the United States shall be authorized to dispose of the Subject Property as prescribed by law.

10. If a third-party files a timely petition for ancillary hearing regarding the Subject Property, the Court shall enter a final order of forfeiture by amending this Preliminary Order of Forfeiture as necessary

to account for any third-party rights as provided under Fed. R. Crim. P. 32.2(c)(2).

11. The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**IT IS SO ORDERED.**

Date: November 22, 2024

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge